COLLINS v. FROST and Others.

No. 7653; April 1, 1884.

3 Pac. 608.

**Trover and Conversion.—Evidence Held to Support** the findings in action for conversion.

APPEAL from the Superior Court of Santa Clara County.

This was an action for damages for conversion of certain barley. One of defendants, as sheriff, justified under an exe-

cution duly issued.   The other defendant claimed said property under the same execution, issued against said barley, as the property of one Murphy.   Evidence was duly introduced of the facts, and the court found said execution illegal, said barley being the property of plaintiff and not of said Murphy, and thereon rendered judgment for plaintiff.   Defendants appealed.

C. C. Stephens and R. B. Moyes for appellant; W. H. Collins for respondents.

By the COURT.—The findings are supported by the evidence; no error appears in the record.   It appearing to us that the appeal was taken for delay, the judgment and order are affirmed, with seventy-five dollars damages.